**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6861**

———————————

BENJAMIN FRANKLIN FOSTER, III,

Plaintiff - Appellant,

versus

D. T. MAHON, Warden, Dillwyn Correctional
Center; THOMAS NEUMAYER, Assistant Warden of
Operations, Dillwyn Correctional Center; NURSE
SMITH; DOCTOR ALVIG; NURSE LANHAM; LARRY
HUFFMAN; R. G. PICARELLA, Psychiatrist,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-96-759-R)

———————————

Submitted:  November 20, 1997      Decided:  December 10, 1997

———————————

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Benjamin Franklin Foster, III, Appellant Pro Se.  Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia; Peter Duane Vieth, WOOTEN & HART, P.C., Roanoke, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Foster v. Mahon</u>, No. CA-96-759-R (W.D. Va. May 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>